IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY J. LACEY,

        Plaintiff,                 No. 2:09-cv-0357 JFM (PC)

   vs.

DOMINGUEZ, et al.,

        Defendants.         <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed February 13, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. After receiving an extension of time, plaintiff has now filed a timely amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Correctional Officer Dominguez, Facility Captain P. Vera, Warden M.C. Kramer, and Correctional Lieutenant R. Ebbitt.

2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 13, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed amended complaint filed March 13, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 30, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; lace0357.1a

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BILLY J. LACEY,
11            Plaintiff,                  No. 2:09-cv-0357 JFM (PC)
12       vs.
13  DOMINGUEZ, et al.,                    NOTICE OF SUBMISSION
14            Defendants.                    OF DOCUMENTS
15  _____/
16       Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18            _____      completed summons form
19            _____      completed USM-285 forms
20            _____      copies of the _____
                                       Amended Complaint
21  DATED:
22
23                                             _____
                                                          Plaintiff
24
25
26
```