IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY J. LACEY,

      Plaintiff,                  No. 2:09-cv-0357 JFM (PC)

   vs.

DOMINGUEZ,

      Defendant.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 15, 2009, plaintiff filed a motion for the court to provide an additional USM-285 form. On May 1, 2009, plaintiff was directed to complete and return four USM-285 forms, but states he only received three. Good cause appearing, plaintiff's request will be granted.

        On May 15, 2009, plaintiff filed a document entitled "Notice and Request to Exclude Nonrelevant Pages from Amended [Complaint] Filed March 13, 2009." Plaintiff asks the court to exclude pages 16, 25, 29, 35, 41 and 47 from the Amended Complaint. The court has reviewed the document and these pages are either blank or are from a habeas petition not relevant to the instant action. However, the complaint has been scanned into the electronic docket and automatically paginated by the court's software program. If plaintiff removes these

1

pages from the copies to be served on defendants, it will result in confusion. Accordingly, plaintiff's motion to exclude these pages will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 15, 2009 request for additional USM-285 form (#14) is granted; The Clerk of the Court is directed to send plaintiff one USM-285 form; and

2. Plaintiff's May 15, 2009 request to exclude pages from the amended complaint (#15) is denied.

DATED: May 28, 2009.

UNITED STATES MAGISTRATE JUDGE

/001
lace0357.amd