IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL J. LACEY,

      Plaintiff,                      No. 2:09-cv-0357 JFM (PC)

    vs.

DOMINGUEZ, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 14, 2009, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on February 6, 2009 and August 7, 2009. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's September 14, 2009, request is denied.

DATED: October 13, 2009.

                                            UNITED STATES MAGISTRATE JUDGE

/kly;001
lace0357.31thr